UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-80091-CR-Middlebrooks/Matthewman

26 U.S.C. § 7201

UNITED STATES OF AMERICA

vs.

AJAY KUMAR,

        Defendant.
_____/

FILED BY KJZ D.C.

Jun 15, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## INFORMATION

The United States charges that:

1. From in or around May 2018 through in or around September 2018, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**AJAY KUMAR,**

did willfully attempt to evade and defeat a large part of the income tax due and owing by him and his wife to the United States for the calendar year 2017 by committing the following affirmative acts, among others:

2. The defendant caused to be prepared a false and fraudulent U.S. Income Tax Return for an S Corporation, Form 1120-S, on behalf of Kruthi, Inc. ("Kruthi"), a Florida corporation, which was submitted to the Internal Revenue Service. On that tax return, the defendant stated that Kruthi had net income of $1,891 in 2017. In fact, as the defendant then and there well knew, Kruthi's correct net income for 2017 was substantially more, amounting to approximately $557,268.

3. The defendant caused to be prepared and signed a false and fraudulent U.S. Individual Income Tax Return, Form 1040, on behalf of the defendant and his wife, which was

submitted to the Internal Revenue Service. On that tax return, the defendant stated that his and his wife's taxable income for 2017 was $33,981 and that the amount of tax due thereon was $5,664. In fact, as the defendant then and there well knew, his and his wife's correct taxable income for 2017 was substantially more, amounting to approximately $610,448, upon which there was due and owing to the United States of America additional income tax in the amount of $190,510.

In violation of Title 26, United States Code, Section 7201.

_____
JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

_____
MARC OSBORNE
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

AJAY KUMAR

_____Defendant._____/

CASE NO. 21-80091-CR-Middlebrooks/Matthewman

**CERTIFICATE OF TRIAL ATTORNEY***

Superseding Case Information:

**Court Division**: (Select One)
- [ ] Miami
- [ ] Key West
- [ ] FTL
- [✓] WPB
- [ ] FTP

New defendant(s) [ ] Yes [ ] No
Number of new defendants _____
Total number of counts _____

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.
3. Interpreter: (Yes or No) **No**
   List language and/or dialect _____
4. This case will take __3__ days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I   0 to 5 days       [✓]
   - II  6 to 10 days      [ ]
   - III 11 to 20 days     [ ]
   - IV  21 to 60 days     [ ]
   - V   61 days and over  [ ]

   (Check only one)
   - Petty       [ ]
   - Minor       [ ]
   - Misdemeanor [ ]
   - Felony      [✓]

6. Has this case previously been filed in this District Court? (Yes or No) **No**
   If yes: Judge _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) **No**
   If yes: Magistrate Case No. _____
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No) **No**

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)? (Yes or No) **No**
8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? (Yes or No) **No**
9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? (Yes or No) **No**

_____
MARC OSBORNE
Assistant United States Attorney
Court ID No.    A5500796

*Penalty Sheet(s) attached

REV 3/19/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: AJAY KUMAR

Case No: 21-80091-CR-Middlebrooks/Matthewman

Count #: 1

Tax Evasion

26 U.S.C. § 7201

* **Max.Penalty**: 5 years' incarceration, three years' supervised release, $250,000 fine, mandatory $100 special assessment

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>AJAY KUMAR<br>*Defendant* | ) ) ) ) ) Case No. 21-80091-CR-Middlebrooks/Matthewman |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Arthur L. Wallace, III
*Printed name of defendant's attorney*

_____
*Judge's signature*

United States Magistrate Judge
*Judge's printed name and title*